**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| ANIMACCORD LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22cv868 (LMB/WEF) |
| ) | |
| THE INDIVIDUALS, PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A" et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## <u>ORDER</u>

This matter is before the Court on Plaintiff's Motion for Default Judgment as to Defendants Aliyah Mullen dba Arakhaim, Elena Rabinovich dba johninternationaldvds, Ana Castillo dba creatikacorp, Monica G. Baez dba MonicasInventions, Michael Aaron Pritchard, Joi Lynn Pritchard, and A and J Graphics LLC (a Texas Limited Liability Company) all dba AandJGraphicsLLC, ewatkins67, and Venny A. Dial dba Tutuseveryday. (Dkt. 102.) Plaintiff waived hearing of the Motion. (Dkt. 104.) However, the Court finds a hearing of this Motion is necessary. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 102) shall be heard on December 16, 2022, at 10:00 a.m. before the undersigned.

**ENTERED** this 6th day of December, 2022.

_William E. Fitzpatrick_
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia